UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30063

  HAROLD RAPHAEL LEWINSKI
  JENNIFER MARIE LEWINSKI                     CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

      Debtor
  SSN XXX-XX-5515    SSN XXX-XX-5354

---------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 08/01/2005 and was confirmed 09/15/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  63.77%.

    The case was paid in full 01/26/2009.
---------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SVCS | CURRENT MORTG | 66336.52 | .00 | 66336.52 |
| HSBC MORTGAGE SVCS | MORTGAGE ARRE | 2984.94 | .00 | 2984.94 |
| ECAST SETTLEMENT CORP | UNSECURED | 2928.48 | .00 | 1867.49 |
| PORTFOLIO RECOVERY | UNSECURED | 9631.84 | .00 | 6142.22 |
| CAPITAL ONE | UNSECURED | 8563.95 | .00 | 5461.23 |
| CAPITAL ONE | UNSECURED | 5550.99 | .00 | 3539.87 |
| ECAST SETTLEMENT CORP | UNSECURED | 12728.75 | .00 | 8117.12 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 17208.23 | .00 | 10973.69 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 6334.80 | .00 | 4039.70 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| INFIBANK NA | UNSECURED | 7861.35 | .00 | 5013.18 |
| ECAST SETTLEMENT CORP | UNSECURED | 1799.55 | .00 | 1147.57 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 7,426.47 |
| DEBTOR REFUND | REFUND | | | 911.58 |

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 126,661.58 | |
| PRIORITY | | .00 |
| SECURED | | 69,321.46 |
| UNSECURED | | 46,302.07 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 7,426.47 |
| DEBTOR REFUND | | 911.58 |
| TOTALS | 126,661.58 | 126,661.58 |

PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 30063 HAROLD RAPHAEL LEWINSKI & JENNIFER MARIE LEWINSKI

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____

TOM VAUGHN
CHAPTER 13 TRUSTEE